1  KENNETH E. KELLER (SBN 71450) kkeller@kkdrr.com
   ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, Suite 400
3  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
4  Facsimile:    (415) 249-8333

5  STEPHEN M. GAFFIGAN (*Pro Hac Vice Pending*)
   STEPHEN M. GAFFIGAN, P.A.
6  401 East Las Olas Blvd., Suite 130-453
   Ft. Lauderdale, Florida 33301
7  Telephone: (954) 767-4819
   Facsimile: (954) 767-4821
8  stephen@smgpa.net

9  Attorneys for Plaintiff
10 CHANEL, INC.

**FILED**

SEP 15 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WUHAN DODD a/k/a ) <br> WUHAN DODDGAO; ) <br> GAO QIANCHAO; ) <br> WUHAN YICHUANGZHONGDA; ) <br> WANG XUEMIN; and DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 09-3958-VRW <br><br> [PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3) |

WHEREAS Plaintiff Chanel, Inc., ("Chanel" or "Plaintiff") filed its *Ex Parte* Application for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiff's Application");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summons and First Amended Complaint in this matter upon Defendants Wuhan Dodd a/k/a

1

1  Wuhan Doddgao ("Dodd"), Gao Qianchao ("Qianchao"), Wuhan Yichuangzhongda
2  ("Yichuangzhongda"), and Wang Xuemin ("Xuemin") (collectively the "Defendants") via e-mail;
3  and
4      The Court, having read and considered the pleadings, declarations and exhibits on file in this
5  matter and having reviewed such evidence as was presented in regards to Plaintiff's Application,
6  hereby grants Plaintiff's Application and grants leave to Plaintiff to serve the Summons and First
7  Amended Complaint upon Defendant Dodd by e-mail at the electronic mail address
8  doddht@126.com, Defendant Qianchao by e-mail at the electronic mail address doddht@126.com,
9  Defendant Yichuangzhongda by e-mail at the electronic mail address sbyyip@126.com, and
10 Defendant Xuemin by e-mail at the electronic mail address sbyyip@126.com.

12 IT IS SO ORDERED.

14 DATED: 9/15/2009

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

2

96687    [PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON
DEFENDANTS PURSUANT TO FED. R. CIV. P 4(f)(3)
Case No. 09-3958-VRW